UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7022-JFW (RAOx)**                                      Date:  October 31, 2016

Title:   Abel De Luna -v- NBS Default Services, LLC, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                          None Present
   Courtroom Deputy                                     Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                 None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DENYING PLAINTIFF'S MOTION TO REMAND [filed 10/6/2016; Docket No. 24]

   On October 6, 2016, Plaintiff Abel De Luna ("Plaintiff") filed a Motion to Remand. On October 17, 2016, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed its Opposition. On October 24, 2016, Plaintiff filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 7, 2016 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

   For the reasons stated in Wells Fargo's Opposition, Plaintiff's Motion to Remand is **DENIED**. The Court signs Wells Fargo's Proposed Statement of Decision lodged with the Court on October 26, 2016 [Docket No. 41-1].


   IT IS SO ORDERED.