JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ABEL DE LUNA, an individual; | CASE NO. 2:16-cv-07022-JFW-RAO |
| Plaintiffs, | JUDGE:   Hon. John F. Walter |
| vs. | **[PROPOSED] ORDER** |
| NBS DEFAULT SERVICES, LLC; WELLS FARGO BANK, N.A.; and DOES 1 through 20, inclusive, | |
| Defendants. | |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Abel de Luna against all Defendants are dismissed, with prejudice.  Plaintiff and Defendants shall each bear their own costs and attorneys' fees.  Further, pursuant to the stipulation of Plaintiff Abel de Luna and Defendants Wells Fargo Bank, N.A. and NBS Default Services, LLC, the Court expressly reserves jurisdiction with respect to this Action for the purposes of enforcing any Settlement Agreement by and between the Parties.

**IT IS SO ORDERED.**

Dated: December 16, 2016

Hon. John F. Walter, U.S. District Court Judge